IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:15CR 278 -1
:
CHRISTOPHER ERICK HANEY :

The Grand Jury charges:

On or about January 20, 2015, in the County of Scotland, in the Middle District of North Carolina, CHRISTOPHER ERICK HANEY, having previously been convicted of a state offense relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor, knowingly did possess materials that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), said materials having been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, in and affecting interstate commerce by any means, including by computer, and that had been produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign

commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

A TRUE BILL:

_____
ERIC L. IVERSON
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY