FILED
IN THIS OFFICE

2015 MAR 29 PM 4:01

CLERK US DISTRICT COURT
GREENSBORO, N.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:15CR278-1 |
| | : | |
| v. | : | |
| | : | WRIT OF HABEAS CORPUS |
| CHRISTOPHER ERICK HANEY | : | AD PROSEQUENDUM |

THE PRESIDENT OF THE UNITED STATES:

To: Any United States Marshal

To: Sheriff
    Scotland County Jail
    Laurinburg, NC

GREETINGS:

We command that you have the body of CHRISTOPHER ERICK HANEY, now held in custody at the Scotland County Jail, Laurinburg, North Carolina, as it is said, under safe and secure conduct before the Judge of the United States District Court for the Middle District of North Carolina at the United States Courthouse, 251 North Main Street, Winston-Salem, North Carolina, on September 10, 2015, at 9:30 a.m., for arraignment in the case of the United States of America v. Christopher Erick Haney, 1:15CR278-1.

This Writ shall remain in effect until such time as CHRISTOPHER ERICK HANEY appears before the United States District Court for the Middle District of North Carolina.

WITNESS, the Honorable Magistrate Judge of the United States District Court for the Middle District of North Carolina, at Greensboro, and the seal of this Court.

This the 3rd day of September, 2015.

                                         /s/ L. Patrick Auld
                                 UNITED STATES MAGISTRATE JUDGE

I HEREBY CERTIFY AND RETURN THAT I HAVE PARTIALLY (Date) _____
FULLY (Date) 3/22/2016 _____ EXECUTED THIS WRIT ON THE WITHIN NAMED
INDIVIDUAL FROM Scotland Cc _____ TO USMS - WS _____
INDIVIDUAL FROM USMS - WS _____ TO Scotland Co _____
                                              BY _____

- 2 -